1
2
3
4
5
6
7

IN THE UNITED STATES DISTRICT COURT

8

FOR THE CENTRAL DISTRICT OF CALIFORNIA

9

| | |
|---|---|
| 10 |  |
| 11 | CAMERON ROSETTA (on behalf of himself and all others similar situated), |

CAMERON ROSETTA (on behalf of
himself and all others similar situated),

Plaintiff,

vs.

PAYCOM SOFTWARE, INC. and
PAYCOM PAYROLL, LLC,

Defendants.

Case No.  2:19−cv−08994−AS

CLASS ACTION

Assigned For All Purposes To:
Magistrate Judge Alka Sakar

**[PROPOSED] ORDER GRANTING JOINT STIPULATION AND PROTECTIVE ORDER FOR PURPOSES OF MEDIATION**

Complaint Filed: October 18, 2019

1

2       Pursuant to the parties' Stipulation and Protective Order for Purposes of

3  Mediation, and GOOD CAUSE APPEARING THEREFORE, THE COURT

4  HEREBY ORDERS as follows:

5       1) The parties' Stipulation and Protective Order for Purposes of Mediation is

6          GRANTED; and

7       2) All material (in document form or any other form) produced or exchanged

8          pursuant to the parties' Stipulation and Protective Order for Purposes of

9          Mediation shall be governed by the terms included therein.

10 IT IS SO ORDERED.

11

12 DATED:  April 27, 2020               / s / Sagar

13                              HONORABLE ALKA SAGAR
                               UNITED STATES MAGISTRATE JUDGE

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER GRANTING JOINT STIPULATION AND PROTECTIVE ORDER