IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAMERON ROSETTA (on behalf of himself and all others similar situated),<br><br>Plaintiff,<br><br>vs.<br><br>PAYCOM SOFTWARE, INC. and PAYCOM PAYROLL, LLC,<br><br>Defendants. | Case No. 2:19−cv−08994−AS<br><br><u>CLASS ACTION</u><br><br>Assigned For All Purposes To:<br>Honorable Alka Sagar<br><br>**[~~PROPOSED~~] ORDER RE. STIPULATION TO VACATE DISCOVERY AND TRIAL DATES IN LIGHT OF CLASS ACTION AND PAGA SETTLEMENT**<br><br>Complaint Filed: October 18, 2019 |

# [Proposed] Order

Pursuant to the parties' Stipulation to Vacate Discovery and Trial Dates, and GOOD CAUSE APPEARING THEREFORE, THE COURT HEREBY ORDERS as follows:

1) The parties' Stipulation to vacate the pending discovery cut-offs, pretrial and trial deadlines is GRANTED; and
2) In the event the parties require the Court's attention in relation to the schedule for the case, the parties are ordered to submit a joint statement requesting a status conference with the Court.

IT IS SO ORDERED.

DATED: January 25, 2021         _____/ s / Sagar_____
                                Honorable Alka Sagar
                                United States Magistrate Judge